# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **23–17777 – MCR**   Chapter: **13**

**Travis Clarke**
Debtor

## NOTICE OF NON–COMPLIANCE
## AND OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 1/9/24

                                                Mark A. Neal, Clerk of Court
                                                by Deputy Clerk, Vicky Harper
                                                410–962–4075

cc:   Debtor
      Attorney for Debtor – Kimberly D. Marshall
      Case Trustee – Rebecca A. Herr
      All Creditors

Form trnoncmp